# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SADIQ ALI** and **BATOOL ALI,**
Appellants,

v.

**MARCELA MITCHELL** and **BRANDO MITCHELL,**
Appellees.

No. 4D2025-2917

[July 16, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502025SC009598XXXAMB.

Sadiq Ali and Batool Ali, Ripon, California, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***